MELISA A. ROSADINI-KNOTT (Bar No. 316369)
PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
3435 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90010
Telephone : (323) 982-4109
Facsimile :  (415) 840-9435
Email: mrosadini@peifferwolf.com

ROBERT M. HAMMERS, JR. (PHV application forthcoming)
5555 Glenridge Connector, Suite 975
Atlanta, Georgia 30342
Telephone: (770) 900-9000
Email: rob@hammerslawfirm.com

JASON EDWARD OCHS (Bar No. 232819)
P.O. Box 10944
Jackson, WY  83002
Telephone: 307.234.3239
Facsimile: 307.235.6910
Email: jason@ochslawfirm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HIGGINBOTTOM, individually on behalf of heirs, and as Personal Representative of the ESTATE OF ANTHONY HIGGINBOTTOM,<br><br>Plaintiff,<br><br>v.<br><br>DEXCOM, INC.; TANDEM DIABETES CARE, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00195-WQH-BLM<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND TO SUPERIOR COURT OF SAN DIEGO, CALIFORNIA; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Hon. William Q. Hayes<br>Date:    April 8, 2024<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 8, 2024, or as soon thereafter as counsel may be heard, before the Honorable Judge William Q. Hayes, in Courtroom 14B of the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, California 92101, Plaintiff Joseph Higginbottom will and hereby does move this Court for an Order remanding this action to the Superior Court of San Diego, State of California.

This motion is made pursuant to 28 USC § 1447 on the grounds that this Court does not have subject matter jurisdiction over this action.

Pursuant to the Local Rules, the Court generally decides motions based on the papers submitted by the parties. If the Court decides that oral argument will assist it in deciding the motion, counsel will be notified telephonically at least three (3) court days before the scheduled hearing date.

This Motion is based on this Notice, the attached Memorandum of Points and Authorities, the Declaration of Melisa A. Rosadini-Knott and exhibits thereto, all the documents and pleadings in the court file, and on such other and further oral and/or documentary evidence or argument that may be presented to the Court at or prior to the hearing on this matter.

DATED:  February 29, 2024

By:     */s/ Melisa A. Rosadini-Knott*
Melisa A. Rosadini-Knott
PEIFFER   WOLF   CARR   KANE
CONWAY & WISE, LLP
3435 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90010
Telephone : (323) 982-4109
Facsimile :  (415) 840-9435
Email:  mrosadini@peifferwolf.com

DATED:  February 29, 2024

By:     */s/ Robert M. Hammers*
Robert M. Hammers, Jr. (*Pro hace vice* application forthcoming)
HAMMERS LAW FIRM, LLC
5555 Glenridge Connector, Suite 975
Atlanta, Georgia 30342
(770) 900-9000
Email: rob@hammerslawfirm.com

DATED:  February 29, 2024

By:     */s/ Jason E. Ochs*
Jason Edward Ochs
OCHS LAW FIRM
PO Box 10944
Jackson, WY  83002
T: 307.234.3239
F: 307.235.6910
Email: jason@ochslawfirm.com

*Attorneys for Plaintiff*

3
PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND TO SUPERIOR COURT OF SAN DIEGO, CALIFORNIA; MEMORANDUM OF POINTS AND AUTHORITIES

# CERTIFICATE OF SERVICE
FRCP 5(b)(2)(3)

I, the undersigned, am over the age of 18 and not a party to the within action; my business address is: 3435 Wilshire Boulevard, Suite 1400, Los Angeles, California 90010.

On February 29, 2024, I served the foregoing document(s) described as:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND TO SUPERIOR COURT OF SAN DIEGO, CALIFORNIA; MEMORANDUM OF POINTS AND AUTHORITIES**

on the interested parties in this action by electronically transmitting the foregoing document to persons as stated on the attached service list:

☒ **[by ECF ELECTRONIC SUBMISSION]** – I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am a member of and/or employed in the office of a member of the this Court at whose direction the service was made.

Executed on February 29, 2024 at Los Angeles, California.

_____
Melisa Rosadini-Knott