# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HIGGINBOTTOM,<br><br>                    Plaintiff,<br><br>v.<br><br>DEXCOM, INC., et al.,<br><br>                    Defendants. | Case No.:   24-cv-195-WQH-BLM<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE, CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>**[ECF No. 13]** |

The above-entitled matter was removed to this Court on January 30, 2024. ECF No. 1. Defendant Tandem Diabetes Care, Inc. filed a motion to dismiss the complaint on February 20, 2024. ECF No. 5. Defendant Dexcom Inc. answered the complaint on February 20, 2024. ECF No. 7.

On February 21, 2024, the Court issued a Notice and Order for Early Neutral Evaluation Conference and Case Management Conference. ECF No. 9. The Court scheduled the conferences for April 4, 2024 Id. In preparation for the conferences, the Court ordered the parties to email the Court with the name and title of each conference participant, an e-mail address for each participant to receive the Zoom video conference invitation, and a telephone number where each participant could be reached, and to lodge confidential settlement

statements by March 25, 2024.  Id.  The parties were further ordered to meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than March 14, 2024, file a Joint Discovery Plan on the CM/ECF system no later than March 25, 2024, and exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than March 27, 2024.  Id.

On February 29, 2024, Plaintiff filed a Motion to Remand.  ECF No. 10.

On March 4, 2024, Plaintiff filed a First Amended Complaint.  ECF No. 11.

On March 12, 2024, the parties filed a Joint Motion to Continue Early Neutral Evaluation Conference, Case Management Conference, and Related Dates.  ECF No. 13. The parties seek to have the Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") taken off calendar until after the Court rules on the pending Motion to Remand [see ECF No. 10].  ECF No. 13.  In support, the parties state that

> [t]he Court's ruling on Plaintiff's Motion to Remand and Defendants' anticipated Motions to Dismiss the First Amended Complaint will significantly impact the scope of the instant action, including whether this litigation proceeds in federal court and whether all or part of Plaintiff's claims survive the initial pleading challenges.

Id. at 3.  The parties further state that they do not have enough information at this time to engage in settlement discussions.  Id.  In sum, the parties believe there is good cause for continuing the conferences because

> (i) the Parties do not currently have sufficient information to discuss settlement meaningfully, (ii) setting dates and discussion of case management at this time is premature given the pending Motion to Remand and Defendants' anticipated Motions to Dismiss, and (iii) judicial economy and efficiency will be served by the requested continuance in the event this Court remands this action to state court.

Id. at 4.  The parties note that the CMC and related deadlines will be rendered moot if the pending Motion to Remand is granted.  Id.

Because Local Rule 16.1(c)(1) requires that an ENE take place within forty-five days of the filing of the answer, Plaintiffs' request to continue the ENE indefinitely is **DENIED**. However, the Court finds an ENE inappropriate at this time and **VACATES** the ENE scheduled for April 4, 2024.  See CivLR 16.1(c) (explaining that "[t]he judge will hold such conferences as he or she

1  deems appropriate"). The CMC will take place as scheduled on **April 4, 2024** at **1:30 p.m.**
2  Accordingly, the parties must email the Court with the name and title of each conference
3  participant, an e-mail address for each participant to receive the Zoom video conference
4  invitation, and a telephone number where each participant may be reached by **March 25, 2024**,
5  meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **March 18, 2024**, file a Joint
6  Discovery Plan on the CM/ECF system no later than **March 25, 2024**, and exchange initial
7  disclosures pursuant to Rule 26(a)(1)(A-D) no later than **March 28, 2024**.

      Failure to participate in the CMC may result in the imposition of sanctions.

      **IT IS SO ORDERED**.

Dated: 3/14/2024

*Barbara L. Major*
Hon. Barbara L. Major
United States Magistrate Judge