UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HIGGINBOTTOM, individually on behalf of heirs, and as Personal Representative of the ESTATE OF ANTHONY HIGGINBOTTOM,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DEXCOM, INC.; and TANDEM DIABETES CARE, INC.,<br><br>　　　　　　　　　　Defendants. | Case No.: 24-cv-0195-WQH-BLM<br><br>**ORDER** |

HAYES, Judge:

　　The matter before the Court is the Joint Status Report and Request to Extend Stay of Action (ECF No. 58) filed by Plaintiff Joseph Higginbottom, individually and on behalf of heirs and as Personal Representative of the Estate of Anthony Higginbottom ("Plaintiff"), Defendant Dexcom, Inc. ("Dexcom"), and Defendant Tandem Diabetes Care, Inc. ("Tandem").

　　On January 21, 2025, the Court granted the Joint Motion for Stay (ECF No. 50) filed by Plaintiff, Dexcom, and Tandem. (ECF No. 51.) The Court's Order stayed the action "in its entirety until February 28, 2025." *Id.* at 1.

|   |   |
|---|---|
| 1 | On March 12, 2025, the Court granted the first Joint Motion for Extension of Stay |
| 2 | (ECF No. 52) filed by Plaintiff and Dexcom. (ECF No. 54.) The Court's Order extended |
| 3 | the stay of this action until May 28, 2025. *Id.* at 2. |
| 4 | On June 2, 2025, the Court granted the parties' second request to extend the stay of |
| 5 | this action, which was included in the Joint Status Report (ECF No. 52) filed by Plaintiff, |
| 6 | Dexcom, and Tandem. (ECF No. 57.) The Court's Order extended the stay of this action |
| 7 | until July 28, 2025. *Id.* at 2. |
| 8 | On July 28, 2025, Plaintiff, Dexcom, and Tandem filed the third Joint Status Report |
| 9 | and Request to Extend Stay of Action, requesting that "the Court further extend the existing |
| 10 | stay of this action up to and including August 29, 2025." (ECF No. 58 at 1–2.) The report |
| 11 | states that Plaintiff and Dexcom engaged in mediation on July 14, 2025, and "[w]hile the |
| 12 | mediation session did not end in a resolution, the Parties made meaningful progress and |
| 13 | are continuing to work with Mediator Ellis in an effort to reach a resolution." *Id.* at 2. The |
| 14 | report explains that Plaintiff's counsel represents multiple individuals in addition to |
| 15 | Plaintiff who have "filed and unfiled cases and claims against Dexcom," and thus the |
| 16 | settlement efforts "encompass 15 personal injury/wrongful death cases and claims |
| 17 | (including this case) and 27 additional individuals asserting 'consumer' (i.e., non-personal |
| 18 | injury) claims against Dexcom." *Id.* Plaintiff and Dexcom state that, "[d]ue to the |
| 19 | case/claim volume" and "the factual and legal complexities in each individual matter," they |
| 20 | require an additional extension of the stay to continue their efforts to resolve this litigation. |
| 21 | *Id.* |
| 22 | With respect to Plaintiff and Tandem, the report states: "Plaintiff and Tandem have |
| 23 | negotiated a full settlement in this matter, and the only remaining issue to be resolved is |
| 24 | the language and covenants of the anticipated release. Plaintiff and Tandem anticipate |
| 25 | finalizing this language pending Plaintiff's resolution with Dexcom." *Id.* at 3. |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

| | |
|---|---|
| 1 | Having reviewed the Joint Status Report and Request to Extend Stay of Action (ECF |
| 2 | No. 58) and finding good cause, |
| 3 | IT IS HEREBY ORDERED that this action is stayed in its entirety until August 29, |
| 4 | 2025. |
| 5 | IT IS FURTHER ORDERED that, on or before August 29, 2025, the parties shall |
| 6 | file a joint status report to inform the Court of the outcome or status of the settlement |
| 7 | negotiations. Unless the parties inform the Court no later than August 29, 2025, that this |
| 8 | case is resolved in its entirety, the stay of this action will be lifted without further order of |
| 9 | the Court. |
| 10 | IT IS FURTHER ORDERED that, based upon the representations in the joint status |
| 11 | report, the pending Motion to Add Jodi Higginbottom as a Party Plaintiff (ECF No. 39) |
| 12 | filed by Plaintiff and the pending Motion to Dismiss Second Amended Complaint for |
| 13 | Failure to State a Claim (ECF No. 42) filed by Dexcom are denied without prejudice to |
| 14 | refile if necessary. |

Dated: August 4, 2025

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court